

**ROBERT A. GORDON**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   11–20368 – RAG     Chapter:   7

Austin Hyun Sung
6355 Gray Sea Way
Columbia, MD 21045

## ORDER REOPENING CASE
## TO PERMIT DEBTOR(S) TO
## <u>PURSUE DISCHARGE VIOLATIONS AND OTHER RELIEF AGAINST CREDITORS</u>
## <u>IN THIS PROCEEDING</u>

Upon consideration of Debtor(s)' motion to reopen the above–captioned case pursuant to 11 U.S.C. § 350(b) and Federal Bankruptcy Rule 5010, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted for the limited purpose of permitting Debtor(s) to pursue discharge violations and other relief, and the Clerk shall reopen the case; and it is further

ORDERED, that if Debtor(s) has/have not initiated such action by filing a pleading herein on or before (30) days after this Order is entered, the Clerk shall close the case.

cc:   Debtor(s)
       Attorney for Debtor(s) – Robinson Sean Rowe
       Chapter 7 Trustee – Richard M. Kremen
       U.S. Trustee
       Respondent Creditor(s) –

**31.2 – *gdickerson***

## End of Order